**JESSE S. KAPLAN  CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**MARK THOMAS**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | | |
|---|---|---|
| **MARK THOMAS,** | ) | No.  2:14-CV-01878-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | [~~PROPOSED~~] ORDER |
| **Carolyn Colvin, Acting** | ) | EXTENDING PLAINTIFF'S |
| **COMMISSIONER OF SOCIAL** | ) | TIME TO FILE |
| **SECURITY,** | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 9, 2015.

    This is the first extension, but the brief is already overdue.

Dated: February 23, 2015                                        */s/        Jesse S. Kaplan*
                                                                                JESSE S. KAPLAN
                                                                                Attorney for Plaintiff

[Pleading Title] - 1

Dated: February 23, 2015                               /s/ per e-mail authorization

                                                              ESTHER KIM
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant

## ORDER

The requested extension of plaintiff's time to file a motion for summary judgment is extended *nunc pro tunc* to March 9, 2015.

SO ORDERED.

Dated:  February 24, 2015.                  _____
                                                          EDMUND F. BRENNAN
                                                          UNITED STATES MAGISTRATE JUDGE