BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.Kim@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARK A. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01878-EFB<br><br>**ORDER EXTENDING TIME FOR COMMISSIONER TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's Counsel requests this extension due to her unusually

large workload with several merit briefs due this month along with ongoing litigation in other areas. Upon issuance of this order, Defendant will have until May 8, 2015 to file her cross-motion for summary judgment.

This is the Commissioner's first extension request.

Respectfully submitted,

Dated: April 1, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Esther Kim
Esther Kim
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated:

 /s/ Jesse S. Kaplan
Jesse S. Kaplan
(as authorized via email)
Attorney at Law
Attorney for Plaintiff

## ORDER

APPROVED AND SO ORDERED.

Dated: April 6, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE